# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00541-CV

## In re Jason Childress

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

We deny relator's "petition for writ of mandamus or prohibition" and accompanying request for emergency relief.   *See* Tex. R. App. P. 52.8(a), 52.10.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   September 18, 2015